

EXHIBIT B

# Town of Thompson's Station
# Board of Mayor and Aldermen
# Meeting Minutes
# October 19, 2021, 7:00 p.m.

### Call to Order:
The meeting of the Board of Mayor and Aldermen of the Town of Thompson's Station was called to order at 7:00 p.m. on October 19, 2021. Members and staff attending were Mayor Corey Napier, Alderman Shaun Alexander; Alderman Brian Stover; Alderman Andrew Zinn; Town Administrator Ken McLawhon; Finance Director Steve Banks; IT Coordinator Tyler Rainey, Town Clerk Regina Fowler and Town Attorneys Andrew Mills and Kirk Vandivort. Alderman Brandon Bell was absent.

### Pledge of Allegiance:

### Consent Agenda:
   a. Consideration of the Minutes of the September 14, 2021, regular meeting.

1.   Approve Consent Agenda:
       a) Consideration of the Minutes of the September 14, 2021, regular meeting.
Alderman Shaun Alexander made a motion to approve the Consent Agenda. The motion was seconded by Alderman Andrew Zinn and carried with a 4 yea – 1 absent vote.

### Announcements:
2.   Approve the Removal of Item #3 Critz Lane Traffic Plan/BOMA Action regarding Detours from this agenda. Motion was made by Brian Stover to approve the removal of Item #3 Critz Lane Traffic Plan/BOMA Action regarding Detours. A few of the Aldermen wanted to hold a public meeting with their HOA to discuss this item, at this time a meeting has not been scheduled thusly moving said item to the November BOMA Agenda. The motion was seconded by Alderman Alexander and carried with a 4 yea – 1 absent vote.

3.   Approve the Addition of Item #7 BOMA Evaluation Process with the Town Administrator: Motion was made by Alderman Brian Stover to approve the addition of Item #7 BOMA Evaluation Process with the Town Administrator. The motion was seconded by Alderman Shaun Alexander and carried with a 4 yea – 1 absent vote.

**Public Comments:** (*The first 6 comments refer to the Installation of a new driveway on 2691 Pantall Lane, T. S. TN.)

*Neil Ottavi – 2651 Sherrie Lane, T. S. He is very unhappy with the addition of a new driveway and a very unsightly gate that is being added to his neighbor's eleven plus acres property. The ingress/egress to said driveway is located in a cul-de-sac (Pecan Hill) next to Mr. Ottavi's home. He feels that the warning, personal/private property signs will decrease his property value. Dirt mud and noise is not what this neighborhood needs.

*Karen Dull - 2607 Sherrie Lane. These questions were directed at Mayor Napier regarding installation of a new driveway. Where is your plat, did you get a survey? You could be encroaching on two neighbor's properties. Did you send this to T. S. planning commission? Initially you were against the development of Pecan Hills. You are the Mayor of Thompson's Station, and I don't feel your actions are ethical. You only want to benefit you and your family, and it is not good business practice. Why didn't you notify us?

*Brian McGinnis – 2611 Sherrie Lane. He supports Mr. Ottavi and the other residents in Pecan Hill. He believes it's a personal gain for Mayor Napier.

Board of Mayor and Aldermen – Minutes of the Meeting
October 19, 2021

Page 2

*Bob Holley – 2652 Sherrie Lane T. S. He feels that all people in Pecan Hills are against the installation of the Napier driveway. Mr. Napier's drawing for his driveway shows it in one area however it was built in another area. He feels the homeowner is receiving preferential treatment due to his elected position and would have under normal circumstances never been granted a permit for this driveway.

*Adam Hollis – 2623 Sherrie Lane T. S. He walks his dogs in that area. He understood that this driveway was created for an emergency driveway. He doesn't understand your signs that say no parking, violators will be towed. He would like to hear you comment and explain what the intent of the gate is for that leads into our subdivision. He does not question the legality of the process. He said as someone who campaigned and ran for office you know how necessary is to communicate with the people.

*David Amon - 2615 Sherrie Lane T.S. He's known you for a long time and feels that this is your property, and you can do whatever you want to with it however, when what you do affects the property value of your neighbors, he feels a line has been drawn. The residents of Pecan Hills have always stood with you and maybe it would behoove you to annex your property into the Pecan Hills Subdivision and have the residents vote on it.

Jane Sadler – 4650 Gander Branch Road T. S. Traffic in T. S. is horrendous. Please look at infrastructure/traffic before approving new development and see how it effects people, such as the fire department.

Harry King – 3684 Ronstadt Road T.S. The dirt being moved on RC's old place is for the new road not for new housing. The next phase will go through Buckner Road.

Joshua Sadler – Lives off of Harpeth/Peytonsville Road T. S. His issue is with the 2nd reading of Ordinance 2020-009. This property is alongside the West Harpeth River. Any development will impact the river flow of that area. This area is prone to flooding and could impact Lewisburg Pike. A septic tank would need to be installed and if this area floods the contents of that tank could flow into that area. This needs to be addressed before any new development.

Betsy Hester -112 Valley Ridge Road, Franklin, TN. Mrs. Hester represents a small portion of residents in Thompson's Station. She feels that she should be notified when new development moves into T. S. She does have issues with the noise in Graystone Quarry Amphitheatre. The sound is atrocious, is there noise barriers that could be installed to combat this issue? During concerts the traffic issues are unacceptable. It creates major issues for emergency vehicles. Did the planning commission go before the Williamson County Highway Department and ask for permission to use Harpeth/Peytonsville Road for this project? No, it did not. Please communicate more!

Larry Simmons – 3116 Hazelton Drive T. S. He has been on the Parks and Recreation Board for five years. He would ask that BOMA consider changing the Parks & Recreation from an Advisory Board to a Board that would be a point of review that would allow them to make recommendations to BOMA. In regard to Resolution 2021-019 an amendment to the Kimley Horn contract for the design and development of Phase 2 of the Greenway at a cost of $33,000 for archaeological studies in the park. In that agreement he did not see a start or an end date. He would ask that BOMA defer signing this contract to insure is has an end date.

**Unfinished Business:**
4. Public Hearing and Second Reading of Ordinance 2020-009: An Ordinance of the Town of Thompson's Station, Tennessee to Amend the Town's Zoning Map by Rezoning 6.19 Acres of Territory located West of Lewisburg Pike near the Harpeth/Peytonsville Road Intersection (being part of tax map and parcel 144-80.00) from D1 to Community Commercial (CC): The Public Hearing was opened and after no comments it was closed. Alderman Brian Stover made a motion to approve the second reading of Ordinance 2020-009. The motion was seconded by Alderman Andrew Zinn and carried with a 4 yea – 1 absent vote.

Board of Mayor and Aldermen – Minutes of the Meeting
October 19, 2021

Page 3

5.  **Public Hearing and Second Reading of Ordinance 2021-012: An Amendment to the Land Development Ordinance to revise Appendix C to clean up and clarify certain plat certificates:** The Public Hearing was opened and after no comments it was closed. Alderman Shaun Alexander made a motion to approve the second reading of Ordinance 2021-012. The motion was seconded by Alderman Brian Stover and carried with a 4 yea – 1 absent vote.

6.  **Approval of Reservation of Wastewater Capacity Agreement with the Town of Thompson's Station and Tennessee Valley Homes for the Moon Property at 4339 Columbia Pike:** Motion was made by Alderman Brian Stover to approve the Reservation of Wastewater Capacity Agreement with the Town of Thompson's Station and Tennessee Valley Homes for the Moon Property at 4339 Columbia Pike. The motion was seconded by Alderman Andrew Zinn and carried with a 4 yea – 1 absent vote.

7.  **Approve Resolution 2021-019: A Resolution of the Town of Thompson's Station, TN for Amendment 1 to the contract with Kimley Horn for the Design and Development of Phase 2 of the Town's Greenway and to authorize Mayor Napier to sign the Contract Amendment:** Motion was made by Alderman Andrew Zinn to Approve Resolution 2021-019: A Resolution of the Town of Thompson's Station, TN for Amendment 1 to the Contract with Kimley Horn for the Design and Development of Phase 2 of the Town's Greenway and to authorize Mayor Napier to sign the Contract Amendment: The motion was seconded by Alderman Brian Stover and carried with a 4 yea – 1 absent vote.

**New Business:**

8.  **Motion to Approve an Evaluation and Discuss Employee Contract for Town Administrator, Ken McLawhon:** A motion was made by Alderman Andrew Zinn to defer this item until the November 9, 2021, BOMA meeting. The motion was seconded by Alderman Shaun Alexander and carried with a 4 yea – 1 absent vote.

9.  **Redistricting Committee Meeting-Considerations & Directives:** It was determined that a Public Work Session will be held to discuss this item. No firm date has been set at this time.

**Adjourn:**
There being no further business, Alderman Brian Stover made a motion to adjourn. The Motion was Seconded by Alderman Shaun Alexander and the meeting adjourned at 8:20 p.m.

~~Corey Napier, Mayor~~
Brandon Bell, Vice Mayor

Regina Fowler, Town Recorder/Clerk