

EXHIBIT C

# Minutes of the Meeting
## of the Municipal Planning Commission
## of the Town of Thompson's Station, Tennessee
## November 30, 2021

### Call to Order:

The meeting of the Municipal Planning Commission of the Town of Thompson's Station was called to order at 6:00 p.m. November 30, 2021.

Commissioners and Staff present were Alderman Shaun Alexander; Chairman Trent Harris; Commissioner Luis Parra; Commissioner Tara Rumpler; Commissioner Sheila Shipman; Commissioner Bob Whitmer; Commissioner Kreis White; Planning Director Micah Wood; Planning Technician Jennifer Banaszak, Town Attorney Andrew Mills, and Town Engineer Will Owen.

### Minutes:

The minutes of the October 26, 2021 regular meeting were presented.

> **Alderman Alexander made a motion to approve the October 26, 2021 meeting minutes. The motion was seconded and carried by all.**

### Public Comment:
None

### Town Planner Report:

TAPA held planning training via Zoom on November 5th, 2021 from 8 – 12. The training was recorded, and a link will be sent to all Commissioners. This training must be completed by all before the year end.

The 2022 Meeting Calendar is now out and is published on the Town's website.

### AGENDA ITEMS:

1. **Entrance Monument and signage request for Bridgemore Village Subdivision for the entrance on Robbins Nest Road at Clayton Arnold Road.**

Mr. Wood reviewed his report and Staff recommends the Planning Commission approve the site plan with the following contingencies:

1. The entire monument shall be located entirely outside of the ROW for Robbins Nest Road.
2. The applicant shall review the plans to add this note: The Bridgemore HOA shall be responsible for maintenance of any sidewalk outside the ROW.

Municipal Planning Commission – Minutes of the Meeting
November 30, 2021

Page 2

> After discussion, Commissioner Whitmer made a motion to approve the Entrance Monument and signage request for Bridgemore Village Subdivision for the entrance on Robbins Nest Road at Clayton Arnold Road with Staff recommended contingencies. The motion was seconded and carried by all.

2. Sector Plan Amendment and Rezoning request for property at 4339 Columbia Pike from the G1 Controlled Growth Sector to the G2 Intended Growth Sector and from T2 Rural Zoning to D3 High Intensity Zoning.
    a. Sector Plan Amendment Request
    b. Rezoning Request

Mr. Wood reviewed his Staff report and recommends a favorable recommendation onto the Board of Mayor and Aldermen for the Sector Amendment Ordinance and the Rezoning Ordinance.

> After discussion, Commissioner White made a non-favorable recommendation to amend the Sector Plan and the rezoning request to the Board of Mayor and Aldermen. The motion was seconded and carried by all.

## BOND ACTIONS/REPORT

3. Bond Actions
    a. Review of MBSC Tollgate Bonds

Mr. Wood reviewed his report regarding bonds and recommends the following for each section:

- Tollgate Section 1 - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 2 - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 3 - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 4 - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 5 - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 6 - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 7 - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 10 - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 11 - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 12A & B - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 13A - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 13B - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 13C - recommend to BOMA that the surety be called to complete infrastructure

- Tollgate Section 14A - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 14B – recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 15 - recommend to BOMA that the surety be called to complete infrastructure
- Tollgate Section 16A – release the surety and create a maintenance bond
- Tollgate Section 17 – recommend to BOMA that the surety be called to complete infrastructure

**After discussion, the following motions were made:**

**Commissioner White made a motion to recommend to BOMA to call the bonds for Sections 1 – 11 of Tollgate Village due to deficiencies in order to complete the infrastructure. The motion was seconded and carried by all.**

**Commissioner Shipman made a motion to recommend to BOMA to call the bonds for Section 12 A & B of Tollgate Village due to deficiencies in order to complete the infrastructure. The motion was seconded and carried by all.**

**Commissioner Whitmer made a motion to recommend to BOMA to call the bonds for Section 13A of Tollgate Village due to deficiencies in order to complete the infrastructure. The motion was seconded and carried by all.**

**Commissioner White made a motion to recommend to BOMA to call the bonds for Section 13B of Tollgate Village due to deficiencies in order to complete the infrastructure. The motion was seconded and carried by all.**

**Commissioner Shipman made a motion to recommend to BOMA to call the bonds for Section 13C of Tollgate Village due to deficiencies in order to complete the infrastructure. The motion was seconded and carried by all.**

**Commissioner Whitmer made a motion to recommend to BOMA to call the bonds for Section 14A of Tollgate Village due to deficiencies in order to complete the infrastructure. The motion was seconded and carried by all.**

**Commissioner Shipman made a motion to recommend to BOMA to call the bonds for Section 14B of Tollgate Village due to deficiencies in order to complete the infrastructure. The motion was seconded and carried by all.**

**Commissioner Whitmer made a motion to recommend to BOMA to call the bonds for Section 15 of Tollgate Village due to deficiencies in order to complete the infrastructure. The motion was seconded and carried by all. This motion was amended and seconded to include the topcoat on the roadway.**

Commissioner White made a motion to recommend to BOMA to call the bonds for Section 16A of Tollgate Village due to deficiencies in order to complete the infrastructure. The motion was seconded and carried by all. This motion was amended and seconded to include the topcoat on the roadway.

Commissioner Shipman made a motion to recommend to BOMA to call the bonds for Section 17 of Tollgate Village due to deficiencies in order to complete the infrastructure. The motion was seconded and carried by all. This motion was amended and seconded to include the topcoat on the roadway.

**All Aboard Comprehensive Plan Overview and Introductory Discussion**
Kevin Tilbury with Kimley Horn provided a slideshow and overview regarding the Comprehensive Plan process.

There being no further business, the meeting was adjourned at 7:02 p.m.

_____
Trent Harris, Chair

Attest:

_____
Micah Wood, Secretary