

EXHIBIT D

# Town of Thompson's Station
# Board of Mayor and Aldermen
# Meeting Minutes
## January 11, 2022, 7:00 p.m.

### Call to Order:

The meeting of the Board of Mayor and Aldermen of the Town of Thompson's Station was called to order at 7:07 p.m. on January 11, 2022. Members and staff attending were Mayor Corey Napier, Alderman Shaun Alexander, Alderman Brandon Bell, Alderman Brian Stover, Alderman Andrew Zinn, Town Administrator Ken McLawhon, Finance Director Steve Banks, IT Coordinator Tyler Rainey, Planning Director Micah Wood, Town Clerk Regina Fowler and Town Attorneys Andrew Mills and Kirk Vandivort.

### Pledge of Allegiance:

### Consent Agenda:
   a. **Consideration of the Minutes of the November 9, 2021, regular meeting.**

### 1. Approve Consent Agenda:
   a) Consideration of the Minutes of the November 9, 2021, regular meeting.
Alderman Brandon Bell made a motion to approve the Consent Agenda. The motion was seconded by Alderman Brian Stover and carried unanimously.

**Announcements/Agenda Requests:** Shaun Alexander requested staff reports on all items brought before BOMA in perpetuity.

### Public Comments:
Justin Wilson 2968 Americus Drive – President for Tollgate HOA – Concerns for final paving in Tollgate especially on Americus Drive.

Kelley Marlo - 2835 Americus Drive – Vice President for Tollgate HOA – She has concerns for Bond & Infrastructure in Tollgate. The deadline has passed and there are no punitive damages in agreement. If the deadline of 6/1/22 passes, can there be a fine to the Developer. Developer has history of behavior of inability to communicate. There is no timeline, no contractor, no assurance that any action will be taken before 6/1/22. You (BOMA) received document only 24 hours prior to this meeting and this is unacceptable. Your Board packet should have contained documentation from the Planning Commissions providing their vote to pull the bonds. The Exhibit/Punch List contained 354 items with 125 items removed. Who removed said items, who is responsible paying for those items? I ask that you defer this item to the February BOMA meeting to give you time to become educated on this item. We need a guideline/timeline as to when these items will be completed.

Harry King – 3684 Ronstadt Drive – Voice complaint on road signage for the closing of Critz Lane. Sign indicates Critz Lane will close 1/10/22 however, it is still open. Half of the signs are covered the other half is uncovered. Have signage reflect correct closing date.

Jane Sadler – 4650 Gander Branch Road – Concerns with Graystone Quarry Traffic congestion. Would like to see the presentation posted to website for the public to review. In the presentation there was no discussion of Harpeth-

Peytonsville Road. Bethesda and Harpeth-Peytonsville Roads traffic patterns need to be ascertained and discussed in their traffic plan. The venue should only book concerts on Saturday and Sundays and no weeknights for more convenience. More signage should be implemented. This area also loses internet on concert nights.

Joshua Sadler – 4650 Gander Branch Road – Concerns with Graystone Quarry Traffic congestion. Would like to see presentation submitted for public viewing. Would like to see additional traffic study information to accommodate a full 7500 capacity at venue. Would like to have current information for actual traffic flow rates and traffic rates of time in this area.

Larry Simmons – 3116 Hazelton –I was the Interface with Tollgate residents prior to appointment of HOA Board. I have concerns with information I have been telling Tollgate residents. I told the residents, the Town did not have a way to officially release the bonds however, the Town has been working on a formal procedure to release the bonds. The way it works, the Planning Commission reviews plans, they approve/deny and send item to Boma for their vote. I am absolutely appalled tonight that there is no vote from BOMA and no information from the Planning Commission indicating their approval. What I have been telling Tollgate residents, you have totally neutralized it! You have a vote tonight. My suggestion is you defer this item until the February meeting. If you do not defer, I would suggest the Developer attend the next BOMA meeting with specific detailed plans of completion of work and timeframes for the 6/1/22 deadline. If any of the benchmarks are not met, "do what you were elected to do and immediately pull the bonds." Represent the Residents of Tollgate and make a decision!

## Unfinished Business:

2. **Approve Second Reading of Ordinance 2021-013 An Ordinance of the Town of Thompson's Station Tennessee to Authorize the Investment and to Establish a Policy for Investment of the Funds of the Town of Thompson's Station and the Adoption of an Investment Policy:** Motion was made by Brian Stover to approve on Second Reading of Ordinance 2021-013 An Ordinance of the Town of Thompson's Station to Authorize the Investment and to Establish a Policy for Investment of the Funds of the Town of Thompson's Station and the Adoption of an Investment policy. The motion was seconded by Andrew Zinn and carried unanimously.

3. **Approve Downtown Thompson's Station Streetscape Agreement:** A motion was made by Brian Stover to **Defer** the Approval of the Downtown Thompson's Station Streetscape Agreement until the February BOMA meeting. The motion was seconded by Brandon Baxter and Carried 4 yay – 0 nay with Mayor Corey Napier recusing himself from the vote.

## New Business:

4. **Accept the Financial Audit FY' '20 – '21:** A motion was made by Brandon Bell to Accept the Financial Audit FY '20 - '21 as Presented by Culver PLLC. The motion was seconded by Andrew Zinn and carried unanimously.

5. **Redistricting – Comptroller's Office TN – Considerations & Directives:** A motion was made by Alderman Brian Stover to **Table** any action on Redistricting – Comptroller's Office TN –

Considerations & Directives. Alderman Shaun Alexander seconded the motion and carried unanimously.

6. <u>Consider Action Regarding Long-Held Bonds & Infrastructure in Tollgate:</u> A motion was made by Alderman Brandon Bell for the Forbearance Agreement in Tollgate only with a requested modified budget to be provided and confirmed by The Town of Thompson's Station for pot hole repairs to be paid by MBSC and language added that bonds will be called on 6/1/22, if work is not completed to a satisfactory condition. If requested changes are not agreed to by 5:00 p.m. Friday, January 14, 2022, then the bonds will immediately be called. This is for all bonds held by MSBC for Tollgate that have unfinished punch list items. The motion was seconded by Alderman Brian Stover and carried unanimously.

7. <u>Approve to Defer Forbearance Agreement regarding Long-Held Bonds & Infrastructure in Bridgemore to the February 8, 2022, BOMA meeting:</u> Shaun Alexander made a motion to approve to **Defer** Forbearance Agreement regarding Long-Held Bonds & Infrastructure in Bridgemore to the February 8, 2022, BOMA meeting. The motion was seconded by Alderman Brian Stover and carried unanimously.

<u>Parks Board Vacancy-One Appointee:</u> Alderman Andrew Zinn made a motion to appoint Timothy Bert to the Parks Board Vacancy. The motion was seconded by Alderman Brandon Bell and carried unanimously.

8. <u>Consider Action Regarding the Ozzad Property:</u> Alderman Shaun Alexander made a motion to **Defer** the Consideration of Action regarding the Ozzad Property. The motion was seconded by Alderman Brandon Bell and carried unanimously.

9. <u>Approve First Reading on Ordinance 2022-003: An Ordinance of the Board of Mayor and Aldermen of the Town of Thompson's Station, Tennessee to Amend the Town's Sector Plan Map by Resectoring 11.42 Acres of Territory Located at 1550 West Harpeth Road (Being Tax Map and Parcel 118-007.01) from 01 preserved Open Space to G2 Intended Growth Sector as shown on map and Ordinance 2022-004: An Ordinance of the Board of Mayor and Aldermen of the Town of Thompson's Station, Tennessee to Amend the Town's Zoning Map by Rezoning 11.42 Acres of Territory Located at 1550 West Harpeth Road (Being Tax Map and Parcel 118-007.01) from DI to D3 as shown on map:</u> Alderman Brandon Bell made a motion to Approve First Reading on Ordinance 2022-003: An Ordinance of the Board of Mayor and Aldermen of the Town of Thompson's Station, Tennessee to Amend the Town's Sector Plan Map by Resectoring 11.42 Acres of Territory Located at 1550 West Harpeth Road (Being Tax Map and Parcel 118-007.01) from 01 preserved Open Space to G2 Intended Growth Sector as shown on Map and Ordinance 2022-004: An Ordinance of the Board of Mayor and Aldermen of the Town of Thompson's Station, Tennessee to Amend the Town's Zoning Map by Rezoning 11.42 Acres of Territory Located at 1550 West Harpeth Road (Being Tax Map and Parcel 118-007.01) from DI to D3 as shown on map. Alderman Andrew Zinn seconded the motion and it passed 4 aye and 1 nay with Alderman Shaun Alexander voting nay.

10. **Approval of no Zoning Request be presented to BOMA until the LDO and the Major Thoroughfare Plan are updated with the exception of any governmental request:** A motion was made by Alderman Brian Stover for the Approval of no Zoning Request be presented to BOMA until the LDO and the Major Thoroughfare Plan are updated with the exception of any governmental request. The motion was seconded by Alderman Brandon Bell and carried unanimously.

**Adjourn:** Alderman Brian Stover made a motion to adjourn the meeting at 8:55 p.m. and to immediately enter into Executive Session with Legal Counsel to discuss possible litigation. The motion was seconded by Mayor Corey Napier and carried unanimously.

_____
**Brandon Bell, Vice Mayor**

_____
**Regina Fowler, Town Recorder/Clerk**