

# Minutes of the Meeting
## of the Municipal Planning Commission
## of the Town of Thompson's Station, Tennessee
### January 25, 2022

**Call to Order:**

The meeting of the Municipal Planning Commission of the Town of Thompson's Station was called to order at 6:00 p.m. January 25, 2022.

Commissioners and Staff present were Alderman Shaun Alexander; Chairman Trent Harris; Commissioner Luis Parra; Commissioner Sheila Shipman; Commissioner Bob Whitmer; Commissioner Kreis White; Planning Director Micah Wood; Planning Technician Jennifer Banaszak, Town Attorney Andrew Mills, and Town Engineer Will Owen. Commissioner Tara Rumpler was unable to attend.

**Minutes:**

The minutes of the November 30, 2021 regular meeting were presented.

> **Commissioner White made a motion to approve the November 30, 2021 meeting minutes. The motion was seconded and carried by all.**

**Public Comment:**

**David McGowan – Regent Homes** – Gave the Commission an update regarding the retail space in front of Tollgate Village.

**Town Planner Report:**

Staff is working to plan a joint BOMA/Planning Commission meeting to view and discuss the All Aboard Comprehensive Planning update.
The County wide Growth Plan update will be presented to the Commission in early spring.

### PLANNING COMMISSION ANNUAL MEETING

Annual Meeting: Election of Officers
- **Chairman Nominations:**
    Commissioner Whitmer nominated Trent Harris
    Alderman Alexander nominated Sheila Shipman

**After discussion, Commissioner White made a motion to vote for Commissioner Harris as the Chairman of the Planning Commission. A roll call vote was taken.**

Parra – Yea; Shipman – Yea; Harris – Yea; Whitmer – Yea; White – Yea; Alexander – Nay
**Commissioner Harris wins the nomination by a vote of 5 to 1 with Alderman Alexander casting the dissenting vote.**

- **Vice-Chairman Nominations:**
    Commissioner Parra nominated Commissioner Shipman
    Chairman Harris nominated Commissioner Whitmer

**After discussion, Commissioner Parra made a motion to vote for Commissioner Shipman as Vice -Chairman of the Planning Commission. A roll call vote was taken.**

**Parra – Yea; Shipman – Yea; Harris – Nay; Whitmer Yea; White – Yea; Alexander – Yea
Commissioner Shipman wins the nomination by a vote of 5 to 1 with Chairman Harris casting the dissenting vote.**

## AGENDA ITEMS:

1. **Tollgate Village Subdivision Preliminary Plat – Section 2B for the creation of 29 lots and 4 open space lots in the mixed-use Town Center of Tollgate, located along Tollgate Boulevard.**

Mr. Wood reviewed his staff report and recommended approval of the preliminary plat with the following contingencies:
   1. The applicant shall ensure that all open space lots are provided lot numbers on the plat.
   2. The applicant shall set a pre-application meeting with Town Staff prior to the submittal of the constructions plans for this development.
   3. Prior to the approval of construction plans, the developer shall enter into a development agreement for the project.
   4. Prior to the approval of construction plans, the developer shall obtain any necessary permits through the Tennessee Department of Environment and Conservation.
   5. Prior to the approval of construction plans, all applicable codes and regulations shall be addressed to the satisfaction of the Town Engineer.
   6. Any signage proposed for the subdivision shall comply requirements set forth within the Land Development Ordinance.
   7. Streetlights shall be incorporated in accordance with the Land Development Ordinance and shall be documented on the construction drawings.
   8. All recommendations within the traffic study shall be completed.

Troy Gardner with Ragan Smith (architect for the applicant) and David McGowan with Regent Homes (applicant) came forward to answer any questions that the Commission may have.

**After discussion, Commissioner Parra made a motion to approve the Preliminary Plat in Section 2B of Tollgate Village for the creation of 29 lots and 4 open space lots in the mixed-use Town Center located along Tollgate Boulevard. The motion was seconded and carried by all.**

2. **Consideration of Ordinance 2022-01 and 2022-02, a sector plan amendment and rezoning of land at 4339 Columbia Pike from the G1 controlled Growth to G2 Intended Growth Sector and T2 to D2 Zoning.**

Mr. Wood reviewed his Staff report and recommended a favorable recommendation onto the Board of Mayor and Aldermen for the Sector Plan Amendment Ordinance and the Rezoning Ordinance.

Mr. Jimmy Franks (applicant), Mr. Huntly Gordon (attorney for the applicant) and Mr. Brett Smith, Ragan Smith (architect for the applicant) came forward to answer any questions that the Commission may have.

**After discussion, Commissioner White made a motion to make an unfavorable recommendation to the Board of Mayor and Alderman for the rezoning and sector plan with the right to bring it back when the new Comprehensive Plan is established. The motion was seconded and carried by a vote of 5 to 1 with Commissioner Whitmer casting the dissenting vote.**

3. **Consideration of Ordinance 2022-005, rezoning of land for an emergency services station located at unnumbered Thompson's Station Road (Map 130 Parcel 34.03) from T2 to T3 zoning.**

Mr. Wood reviewed his staff report and recommended a favorable recommendation on to the Board of Mayor and Alderman for this rezoning ordinance.

Mr. Todd Warton with the Williamson County Emergency Services office came forward to answer any questions from the Commission.

**After discussion, Commissioner Whitmer made a motion to approve Item 3, a consideration of Ordinance 2022-005, rezoning of land for an emergency services station located at unnumbered Thompson's Station Road from T2 to T3 zoning. The motion was seconded and carried by all present.**

### BOND ACTIONS/REPORT

4. **Bond Actions Agenda:**
    a. Tollgate Phase 1 (Regent Homes) Sewer Performance Bond release
    b. Tollgate Phase 1 (Regent Homes) RDEC Performance Bond release

**After discussion, Commissioner White made a motion to approve the release of both the sewer performance bond and the RDEC performance bond for Tollgate Phase 1 (Regent Homes). The motion was seconded and carried by all present.**

Municipal Planning Commission – Minutes of the Meeting
January 25, 2022

Page 4

## 5. Update on Long Held Bonds

Mr. Wood and Town Attorney Andrew Mills gave a status update of the long held bonds in Tollgate.

There being no further business, the meeting was adjourned at 7:36 p.m.

_____
Trent Harris, Chairman

Attest:

_____
Micah Wood, Secretary