

# Town of Thompson's Station
## Board of Mayor and Aldermen
## Meeting Minutes
### February 8, 2022, 7:00 p.m.

**Call to Order:** The meeting of the Board of Mayor and Aldermen of the Town of Thompson's Station was called to order at 7:00 p.m. on February 8, 2022. Members and staff attending were Vice Mayor Brandon Bell; Alderman Brian Stover; Alderman Andrew Zinn; Town Administrator Ken McLawhon; Finance Director Steve Banks; Planning Director Micah Wood; Town Clerk Regina Fowler and Town Attorneys Andrew Mills and Kirk Vandivort. Mayor Corey Napier and Alderman Shaun Alexander were absent.

**Pledge of Allegiance:**

**Consent Agenda:**
   a. **Consideration of the Minutes of the January 11, 2022, regular meeting**
   b. **Arbor Day Proclamation**
   c. **Bond Action Forms: Tollgate Village Phase 1 Sewer and RDEC (Regent Homes)**

1. **Approve Consent Agenda:**
   a) Consideration of the Minutes of the January 11, 2022, regular meeting, Arbor Day Proclamation and Bond Action Forms Tollgate Village Phase 1 Sewer and RDEC (Regent Homes). Alderman Brian Stover made a motion to approve the Consent Agenda. The motion was seconded by Alderman Andrew Zinn and carried unanimously 3 yay 0 nay.

**Announcements:** A Public Meeting will be held at 6:00 p.m. Wednesday, February 23, 2022, in conjunction with the Thomson's Station Utility Board. The meeting will be held in the Town of Thompson's Station Community Center, 1555, Thompson's Station Road, West, Thompson's Station, TN 37179. A Public Meeting will be held to provide information about the Town of Thompson's Station application for a Clean Water/Drinking Water State Revolving Fund Loan in the amount of $15,400,000.00 to construct a Regional Wastewater Treatment Plant Upgrades and the resulting impact on monthly wastewater/sewer bills. Questions prior to the meeting should be directed to Steve Banks at 615-794-4333 or sbanks@thompsons-station.com

**Public Comments:**
Jane Sadler – 4650 Gander Branch Road T. S.: On Tuesday January 11th I attended the Board meeting, the Beer Board Meeting the owners of the Amphitheatre discussed updated traffic plans for the 2022 concert season, most of which detailed how to get out of the concert at the end of the evening. The biggest issue last year was with traffic congestion created prior to the concert. While they stated they are encouraging their patrons to come early, at this time they have 4 high profile concert schedules, three on a Thursday night and 1 on a Sunday night. Encouraging people to come early for a 7:00 p.m. concert will have them on I-840, Lewisburg Pike and Harpeth Peytonsville during rush hour. If last year's schedule is any predictor of this year's upcoming schedule, we can expect the quarry to have at least one weeknight concert every other week. The four largest concerts last year were on August 5th, August 27th, December 17th, and 16th and those were all weeknights. The amphitheater traffic studies and simulations displayed at the meeting gave no consideration for changing flow rates of traffic assuming only the best-case scenario of cars following attentively without issue as directed. Furthermore, in their best design scenario they propose just over 2,000 cars can

be directed out of the venue in one hour but by their own admission they expect over 3,000 cars on their busiest nights. The plans by the owners to add a lane to Harpeth School Road and direct traffic at the Lewisburg Pike intersection north towards I-65 and I-840 are a step in the right direction however, this will require both cooperation of both Williamson County Highway Department and TDOT, neither of those departments were represented at this meeting the other night. Proposals for signage may be satisfactory for small events but as traffic worsens for large events coinciding with weekday rush hour traffic it will naturally spill over onto the smaller side roads such as Harpeth Peytonsville, Bethesda, Arno and Critz Lane to the detriment of the residents there. Why should the residents of this county be forced to alter their work and private life schedules for a business venture that will receive no direct profit or benefit from? We the residents of Harpeth Peytonsville area are not given a vote to approve or disapprove of this venue because we are not members of the Town of Thompson's Station voting block though we have been among the most impacted. We are asking that you please look into some other issues. I did look over the minutes of the Board of Mayor and Aldermen from the Beer Board and it states in there that he had plans for the traffic on Harpeth Peytonsville Road, he never referenced Harpeth Peytonsville. This was an email that was sent on January 12th again on January 25th and I have received no response, so I am wanting my comments as public record.

Tom Lotz – 1621 Indian Creek Circle, Indian Meadows Subdivision, Franklin, TN: Mr. Lotz is not supportive of the 30 homes on eleven acres. He has witnessed this area under 1' of water in 2010. He feels strongly about not putting homes on a sinkhole and having children playing and living on top of a sinkhole. He does not feel that proper notification on this land was given to the impacted neighbors.

Harry King – 3684 Ronstadt Road T. S.: He said up on the capitol, they are trying to restore this historic revenue sharing bill that was around for years. Revenue that comes into the State, is dispersed through the towns and cities. The State was cutting back on it and they want to put it back in so each town will get more money. It might be smart for Thompson's Station to send a note and say, we would like this to be passed because it would help the Town of Thompson's Station.

Donna Frick – 1527 Indian Meadows Drive, Franklin, TN: Ms. Frick objects to the high-density housing on the Ozzad property and the lack of notification. She states our website indicates people in an adjacent area will be notified of any impact however, they were not. Would like transparency and understanding.

Lilly Salisberry - 1563 Indian Meadows Drive, Franklin TN: Her property sits next to the Ozzad property, and she received no notification of rezoning. She has concerns with flooding potential and the sinkhole and collapse of sinkhole. She wants her concerns to be known.

Dr. Robert White - 1527 Indian Meadows Drive, Franklin, TN: His concern is high-density on the Ozzad property. He believes in responsible growth in a manner to maintain a way of life and prevent overcrowding. He has concerns as to whether an Impact Study has been completed on this property. He has concerns about increased traffic on Indian Creek Road. The residents do not want Indian Creek Road opened up to this area. Please keep this property low-density. His family is not in favor of these developments.

Mark Wanee – 1620 Indian Creek Circle, Franklin TN: He is against high-density on the Ozzad Property and wants it to be kept at low-density. The drip field already smells and increasing to high-density would only heighten the problem. He does not feel infrastructure has been taken into consideration regarding the sinkhole or the drip field.

Scott Salsberry - 1563 Indian Meadows Drive, Franklin TN: He is not in favor of high-density. He has flooding concerns and is worried about drainage problems for his adjacent property. He is against Indian Creek Road being opened to his adjacent property. He is in favor of original low-density plan to this property.

Bill Jordan – 7870 Oscar Green Road: He is upset he was not notified of the downtown plan being on tonight's agenda. He wants information before the day of a meeting. This has been a problem since 2013. He is not happy with the Town Administrator.

Kevin Kreutz - 1555 West Harpeth Road: He is opposed to the OZZAD property rezoning. He feels that he and others are being asked to pay as non-parties for the free acquisition of the drip fields on this property. He feels that historically since 2013 low-density was agreed for the OZZAD property. He would like for the Town to abide by the original agreement and keep this property low-density. He does not want to pay for drastic changes in exchange for a favorable deal obtained for the drip fields in 2013.

Scott Ewing - 1505 Indian Meadows Drive Franklin, TN: His property is the first house on the right as you enter into Indian Meadows Drive, and he sees the traffic on West Harpeth Road and the constant speeding at 70 mph. With an increase of homes/children to the OZZAD property he has concerns. He also has concerns with flooding and the impact it will have on him and his neighbors.

John Blakely - 1560 Indian Meadows Franklin TN: He is representing himself as an Indian Meadows resident. He wants to stick to the original agreement of 16 houses and no thoroughfare on Indian Meadows.

Travis Hague – 1511 Indian Meadows, Franklin TN: He has concerns with the infrastructure not being adequate. He is concerned with added traffic issues. His biggest issue is the high-density to this property. He and as his neighbors are on septic systems and he understands that there is existing sewer tap issues in Tollgate at present. He feels that the reason for the high-density increase was to assist the builder in getting everything advanced done on the Tollgate project piped over the Harpeth and into those 35 acres.

## Unfinished Business:

2. **Approve Downtown Thompson's Station Streetscape Agreement**: Alderman Brian Stover made a motion to approve the Downtown Thompson's Station Streetscape Agreement. The motion was seconded by Alderman Andrew Zinn and carried unanimously 3 yay 0 nay.

3. **Consider Action Regarding Long-Held Bonds & Infrastructure in Bridgemore:** Alderman Brian Stover made a motion to approve Action regarding Long-Held Bonds and Infrastructure in Bridgemore. The motion was seconded by Alderman Andrew Zinn and carried unanimously 3 yay 0 nay.

4. **Consider Action Regarding the Ozzad Property:** Alderman Brian Stover made a motion to take **no action** regarding the proposed agreement regarding Ozzad Property. The motion was seconded by Alderman Andrew Zinn and carried unanimously 3 yay 0 nay.

5. **Approve Second Reading for Sector Plan Amendment and Rezoning request for property at 1550 West Harpeth Road from the O1 Preserved Open Space to the G2 Intended Growth Sector and Ordinance 2022-003-Sector Plan Amendment:** Alderman Brian Stover made a motion to approve Second Reading for Sector Plan Amendment and Rezoning request for property at 1550 West Harpeth Road from the O1 preserved Open Space to the G2 Intended Growth Sector and Ordinance 2022-003 – Sector Plan Amendment. The motion was seconded by Alderman Andrew Zinn and carried unanimously 3 yay 0 nay.

**The Public Hearing for property at 1550 West Harpeth Road from D1 to D3 High Intensity Zoning was opened for Public Comment:**

A member of the audience: (no name or address was shared) wanted clarification as to which property is being discussed for this public hearing. Vice Chairman Brandon Bell clarified by stating it was the Ozzad property on the south side of West Harpeth.

Donna Frick 1527 Indian Meadows Drive, Franklin, TN: There will be a resectoring from 01 preserved open space to G2 intended growth sector and I assume that is so they could move forward with the intent of the original agreement. Town's Legal Counsel, Andrew Mills verified that information was correct.

Tom Lotz 1621 Indian Creek Circle, Franklin, TN: He supports this amendment and ask that you look at the original amendment for low-density. He is not in favor of a through street to connect with this property.

Robert White 1527 Indian Meadows Drive, Franklin, TN: He ask for a point of clarity! Are we talking about taking the land of the OZZAD property that has been a reserve area, now being restructured to be built for residential? Is this correct? Vice Chairman Bell replied yes.

White: I am just trying for clarity for everyone. The amendment is saying that it is going to be firmly listed as low density, is that correct?

Micah Wood, Planning Director: To meet the LDO it has to be zoned D2 which is medium density under our zoning, which is the only way to make those 16 lots work on that property under the current LDO.

White: Ok, just for clarity that is how it is going to be listed? It is not going to be listed as high density.

Andrew Mills, Town Legal Counsel: I am not going to comment on what is ironclad or not but, the original agreement from 2013 is in place and it calls for 16 lots.

White: Okay, but that will not be amendable? That is the agreement that will be set and that is the agreement that is going to be followed on it is not going to be changed down the road?

Wood: That is to meet the original agreement.

White: Is there any way if it is once rezoned for medium density for there to be an attempt to change the number of lots, or is the old agreement now going to be ironclad and set?

Mills: I cannot comment on what is amendable or not. The agreement says 16 lots.

Wood: That is what we were as Andrew Mills said when we would be operating under the direction of the Board, so if was changed again it would come back to the Board.

White: Under the medium density zoning, what would be the maximum allowable units on that area? So, what is the maximum someone might attempt to increase the units too?

John Blakely: 1560 Indian Meadows Franklin TN: Should this issue come up again, can you assure us that you will follow proper notification?

Travis Hague 1511 Indian Meadows Drive Franklin TN: There will be no more than 16 homes?

Vice Mayor Bell: Correct.

Kevin Kruetz - 1555 West Harpeth Franklin, TN: Is the D2 lot standard that is 1.5 units per acre

Mark Wanee – 1620 Indian Creek Circle, Franklin, TN: He is opposed to open to D2. He would rather it be D1.

**The Public Hearing was Closed.**

**6.** Approve Ordinance 2022-004: An Ordinance of the Board of Mayor and Aldermen of the Town of Thompson's Station, Tennessee to Amend the Town's Zoning Map by Rezoning 11.42 Acres of Territory located at 1550 West Harpeth Road (Being Tax Map and Parcel 118-007.01) from D1 to D3. Alderman Andrew Zinn made a motion to **deny** Ordinance 2022-004 Ozzad rezone. The motion was seconded by Alderman Brian Stover and carried 3 yay 0 nay.

**Motion to move the Sector Plan Amendment Ordinance 2022-001 up to the next item of business.** Alderman Andrew Zinn made a motion to move the Sector Plan Amendment Ordinance 2022-001 up to the next item of business. The motion was seconded by Alderman Brian Stover and carried 3 yay 0 nay.

**7.** Approve Sector plan Amendment Ordinance 2022-001 and Rezoning request Ordinance 2022-002 for property at 4339 Columbia Pike from the G1 Controlled Growth to the G2 Intended Growth Sector and from T2 to D2 Medium Intensity Zoning: Alderman Andrew Zinn made a motion to **deny** Sector Plan Amendment and Rezoning request for property at 4339 Columbia Pike from the G1 Controlled Growth to the G2 Intended Growth Sector and from T2 to D2 Medium Intensity Zoning. The motion was seconded by Alderman Brian Stover and carried 3 yay 0 nay.

**New Business:**

**8.** Approve Resolution 2022-002 - Authorizing the Issuance of General Obligation Refunding Capital Outlay Notes in the Approximate Aggregate Principal Amount of $1,050,000.00 of the Town of Thompson's Station Tennessee, making Provision for the Issuance, Sale and Payment of said Notes; Establishing the Terms thereof and the Disposition of Proceeds therefrom; and providing for the Levy of Taxes for the Payment of Principal of, Premium, if any, and Interest on the Notes: Alderman Andrew Zinn made a motion to approve Resolution 2022-002 - Authorizing the Issuance of General Obligation Refunding Capital Outlay Notes in the Approximate Aggregate Principal Amount of $1,050,000.00 of the Town of Thompson's Station Tennessee, making Provision for the Issuance, Sale and Payment of said Notes; Establishing the Terms thereof and the Disposition of Proceeds therefrom; and providing for the Levy of Taxes for the Payment of Principal of, Premium, if any, and Interest on the Notes. The motion was seconded by Alderman Brian Stover and carried 3 yay 0 nay.

**9.** Approve Resolution 2022-003 Recommendation on behalf of the Utility Board to BOMA for their consideration for submission to the State of Tennessee in regard to the use of ARPA (American Rescue Plan Act) funds for the MBR Project and any additional capacity increase above (1) one million gallons: Alderman Brian Stover made a motion to Approve Resolution 2022-003 Recommendation on behalf of the Utility Board to BOMA for their consideration for submission to the State of Tennessee in regard to the use of ARPA (American Rescue Plan Act) funds for the MBR Project and any additional capacity increase above (1) one million gallons. The motion was seconded by Alderman Andrew Zinn and carried 3 yay 0 nay.

**10.** <u>Approve Resolution 2022-004 and Lease Agreement with the Tennessee Equine Hospital, PLLC and to authorize the Vice Mayor to execute said agreement:</u> Alderman Brian Stover made a motion to approve Resolution 2022-004 and Lease Agreement (3-year term) with the Tennessee Equine Hospital, PLLC and to authorize the Vice Mayor to execute said agreement. The motion was seconded by Alderman Andrew Zinn and carried 3 yay 0 nay.

**11.** <u>Rezoning request for property at unnumbered Thompson's Station Road (Map 130 Parcel 34.03) from T2 to T3 Zoning:</u> Alderman Brian Stover made a motion to approve Rezoning request for property at unnumbered Thompson's Station Road (Map 130 Parcel 34.03) from T2 to T3 Zoning. The motion was seconded by Alderman Andrew Zinn and carried 3 yay 0 nay.

**Adjourn:**
There being no further business, Alderman Brian Stover made a motion to adjourn. The motion was seconded by Andrew Zinn and was adjourned at 8:31 p.m.

Corey Napier, Mayor

Regina Fowler, Town Recorder/Clerk